IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:  
WILLIE CHESSON  
SSAN: XXX-XX-9552

Debtor(s)

Case No. 15-32538-DHW  
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on September 11, 2015.

2. The debtor(s) §341 Meeting of Creditors was held October 29, 2015.

**(X)** Debtor was to amend plan to provide for ongoing DSO payments..

**(X)** Debtor was to amend plan to pledge non-exempt proceeds from his lawsuit to pay unsecured creditors..

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtors' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this November 24, 2015.

Office of the Chapter 13 Trustee  
P. O. Box 173  
Montgomery, AL  36101-0173  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: redingc@ch13mdal.com

Curtis C. Reding  
Chapter 13 Trustee

By:/s/ *Curtis C. Reding*  
Curtis C. Reding

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this November 24, 2015.

Copy to: DEBTOR(S)
JOSHUA C MILAM

/s/ *Curtis C. Reding*
Curtis C. Reding