UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                              Case No. 15-32538-DHW
                                                                   Chapter 13
WILLIE CHESSON,

    Debtor.

## 10-DAY INSURANCE ORDER

    This matter came before the court for a confirmation hearing on November 30, 2015. Guardian Credit Union objected to confirmation based on debtor's failure to provide proof of insurance. For the reasons stated in open court, it is

    ORDERED that the debtor must obtain and maintain physical damage insurance on the 2004 Nissan Titan naming Guardian Credit Union as loss/payee. The stay will TERMINATE without further order of the court if, at any time in the future, insurance on the vehicle lapses and is not renewed within ten days from the date the creditor files a certificate of lapse with the court.

    The certificate shall be served on the debtor and the attorney for the debtor and shall contain notice that the stay will terminate pursuant to this order without further hearing if the debtor fails to provide proof of insurance within ten days from the filing date of the certificate. It is

    FURTHER ORDERED that, if the stay terminates pursuant to this order, any allowed claim of this creditor secured by property referenced in the motion is REDUCED to the amount paid on the claim by the chapter 13 trustee without prejudice to the creditor to amend the claim to reflect the sales proceeds received on disposition of the collateral.

    Done this 1st day of December, 2015.

*Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
    Joshua C. Milam, Attorney for Debtor
    Leonard N. Math, Attorney for Creditor
    Curtis C. Reding, Trustee
    Guardian Credit Union, Creditor