## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA (MONTGOMERY)

| | | |
|---|---|---|
| RE: | ) | |
| | ) | |
| Willie Chesson | ) | CASE NO.: 15-32538 |
| | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE FILED WITH THE CLERK AND SERVED UPON THE MOVING PARTY. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY US MAIL ADDRESSED TO THE CLERK OF THE BANKRUPTCY COURT, ONE CHURCH ST, MONTGOMERY, ALABAMA 36104.**

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for:
Approve Compromise or Settlement pursuant 9019(a)

## MOTION TO APPROVE SETTLEMENT

COMES NOW, the Debtor, by and through his attorney, L. Blade Thompson, and moves this Honorable Court to approve the settlement of the debtor(s) motor vehicle accident lawsuit, and as grounds for said motion, states as follows:

*Debtor employed L. Blade Thompson of Alexander Shunnarah Gulf Coast, LLP to represent Debtor against GEICO for an Uninsured Motorist Claim for personal injuries sustained in a motor vehicle accident on March 21, 2015. A settlement has been reached prior to a lawsuit being filed for $8,500.00.*

L. Blade Thompson has filed with this Court an Application for Compensation and Expenses as Special Attorney for the Debtor based upon work performed on behalf of the Debtor, and the settlement referenced above.

The Debtor hereby requests an Order approving the settlement between the Debtor and GEICO a.k.a. Government Employees Insurance Company, and giving the Debtor the authority to execute any release or other documents necessary to consummate the settlement.

The Debtor believes that the above-described settlement is in the best interests of the bankruptcy estate and should be approved by this Honorable Court.

The Debtor hereby proposes the following distribution of funds:

Attorney Fees (subject to Bankruptcy Court approval): $2,833.33 (33 1/3% of the Gross Recovery)

| | |
|---|---|
| Expenses: | $100.24 |
| Health Star Chiropractic: | $1,374.75 |
| Blue Cross Blue Shield of Alabama: | $1,981.08 |
| Net Proceeds to Debtor: | $2,210.60 |
| TOTAL SETTLEMENT AMOUNT: | $8,500.00 |

WHEREFORE, the above premises considered, the Debtor, by and through his attorney, L. Blade Thompson, moves this Honorable Court to approve the debtor's personal injury auto accident settlement so that *L. Blade Thompson* may release the proceeds to the Trustee for the benefit of the debtor's unsecured creditors. The undersigned will file a separate application for approval of fees and reimbursement of expenses.

Respectfully submitted this 23rd day of May 2016.

*L. Blade Thompson*
L. Blade Thompson

**OF COUNSEL:**

Alexander Shunnarah Gulf Coast, LLP
432 Calhoun St. NW
Atlanta, Georgia 30318
678-399-4094
bthompson@AlexanderShunnarahLaw.com

# CERTIFICATE OF SERVICE

I, L. Blade Thompson, certify that I have served a copy of the foregoing MOTION TO APPROVE SETTLEMENT on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this 23rd day of May, 2016.

*/s/ L. Blade Thompson*
*L. Blade Thompson*

Willie Chesson 117 Stuart Street, Montgomery, AL 36105

Joshua C. Milam
Shinbaurn & Campbell
566 S. Perry Street
Montgomery, AL 36104
334-269-4440
Fax: 334-263-4096
Email: jmilam@smclegal.com

Curtis C. Reding
Chapter 13 Trustee
PO Box 173
Montgomery, AL 36101-0173

Teresa R. Jacobs
Bankruptcy Administrator
U.S. Bankruptcy Court
One Church Street
Montgomery AL 36104

All American Check Cashing, Inc.
505 Highland Avenue
Selma, AL 36701

Bankruptcy Admin.
Bankruptcy Administrator
U.S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104

GUARDIAN CREDIT UNION |C/O CHAMBLESS-MATH & CARR, PC|PO BOX 230759|MONTGOMERY, AL 36123-0759

Bankruptcy Noticing Center

U.S. Bankruptcy Court
One Church Street
Montgomery, AL 36104-4018

ADVANCE AMERICA
1850 EAST MAIN STREET
Prattville, AL 36066-5500

ALA DEPT OF REVENUE LEGAL DIV
P O BOX 320001
MONTGOMERY, AL 36132-0001

ALABAMA GAS
235 LEE STREET
Montgomery, AL 36104-3518

ALABAMA GAS
P.O. BOX 2224
Birmingham, AL 35246-0022

ALAGASCO
20 TWENTIETH STREET SOUTH
Birmingham, AL 35295-0188

Alabama Gas Corporation
2101 Sixth Avenue North
Birmingham, AL 35203-2737

American InfoSource LP as agent for
DIRECTV, LLC
PO Box 51178
Los Angeles, CA  90051-5478

Bankruptcy Administrator
U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104-4018

CASH ADVANCE
2865 E S BLVD
Montgomery, AL 36116-2513

CASH ADVANCE INCORPORATION
21319 Gratiot Ave
Eastpointe, MI 48021-2831

CASH CENTRAL
P O Box 6430
North Logan, UT 84341-6430

CASHNETUSA.COM
200 W. JACKSON BLVD.Suite 1400
14TH FLOOR
Chicago, IL 60606-6929

CHARTER COMMUNICATIONS
25954 EDEN LANDING ROAD FIRST FLOOR
Hayward, CA 94545-3816

CHARTER COMMUNICATIONS
5990 MONTICELLO DR
Montgomery, AL 36117-6210

COVINGTON CREDIT |543 N. EASTERN BLVD|Montgomery, AL 36117-2213| |||

CashnetUSA.com |P O Box 643990|Cincinnati, OH 45264-0309| |||

DIRECTV LLC|ATTN BANKRUPTCIES|PO BOX 6550|GREENWOOD VILLAGE CO 80155-6550

EQUIFAX INFORMATION SERVICES LLC |P.O. BOX 740241|Atlanta, GA 30374-0241

EXPERION |P.O. BOX 9701|Allen, TX 75013-9701

FIRST PREMIER |3820 N LOUISE AVE|Sioux Falls, SD 57107-0145|

GINNY'S |1112 7TH AVE|Monroe, WI 53566-1364

GLOBAL FINANCIAL |199 MAIN STEET 8TH FLOOR|White Plains, NY 10601-3200|

GREEN TRUST CASH |153 MAIDEN LANE 3RD FLOOR|San Francisco, CA 94108-5301

GUARDIAN CREDIT UNION|1789 CONGRESSMAN W L DICKNSON DR|MONTGOMERY AL 36109-2601

Ginny's |c/o Creditors Bankruptcy Service|P O Box 800849|Dallas, TX 75380-0849
INTERNAL REVENUE SERVICE |P O BOX 7317|Philadelphia, PA 19101-7317

Max Federal Credit Union |400 Eastdale Circle|Montgomery, AL 36117-2117

Case 15-32538    Doc 33    Filed 05/23/16    Entered 05/23/16 13:38:56    Desc Main
Document    Page 5 of 6

Premier Bankcard, Llc |c o Jefferson Capital Systems LLC|Po Box 7999|Saint Cloud Mn 56302-7999

Speedy Cash |1501 Eastern Bypass|Montgomery, AL 36117-1605

TRANSUNION CONSUMER SOLUTIONS |P.O. BOX 2000|CHESTER, PA 19022-2000

AOTX USE ONLY aotx |AO SDSD|7550 IH 10W|Suite 1100|San Antonio, TX 78229-5814

Curtis C. Reding |P. O. Box 173|Montgomery, AL 36101-0173

Joshua C. Milam |Shinbaum & Campbell|566 S. Perry Street|Montgomery, AL 36104-4632

Richard D. Shinbaum |Shinbaum & Campbell|P.O. Box 201|Montgomery, AL 36101-0201

Willie Chesson |117 Stuart Street|Montgomery, AL 36105-1636


*L. Blade Thompson*
L. Blade Thompson

**OF COUNSEL:**

Alexander Shunnarah Gulf Coast, LLP
432 Calhoun St. NW
Atlanta, Georgia 30318
678-399-4094
bthompson@AlexanderShunnarahLaw.com