## UNITED STATES BANKRUPTCY COURT
### Middle District of Alabama

In re  
Willie Chesson  
    Debtor

Case No. 15−32538  
Chapter 13

## ORDER

This case is before the court on the following matter:

*33* – Rule 9007 Motion/Notice/Objection: Motion to Approve Compromise or Settlement filed by Linton Blade Thompson on behalf of Linton Blade Thompson. Responses due by 06/16/2016. (Thompson, Linton)

It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Done this 17th day of June, 2016.

*/s/ Dwight A. Williams, Jr.*

Dwight H. Williams Jr.  
United States Bankruptcy Judge